UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Joseph E. Irenas |
| v. | : | |
| JOE MORRIS THOMPSON | : | Criminal No. 11-565 (JEI) |

ORDER SETTING CONDITIONS OF RELEASE

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding six alleged violations of conditions of supervised release; and the defendant having appeared before the Honorable Karen M. Williams, Magistrate Judge, on September 16, 2011 with his attorney, Maggie Moy, AFPD and having consented to detention; and the defendant having now requested an adjournment of this matter pending his extradition to the state of California to address new pending criminal charges; and neither the government nor the Probation Office having any objection to the adjournment and the defendant's release on ROR bail; and for good and sufficient cause shown:

IT IS on this  27th  day of  SEPTEMBER , 2011,

ORDERED that the previous order of detention entered by Karen M. Williams, Magistrate Judge, is VACATED and the defendant Joe Morris Thompson is hereby ORDERED RELEASED on ROR bail and that all other conditions of defendant's supervised

release as the existed prior to the alleged violations shall remain in full force and effect; and

IT IS FURTHER ORDERED that this matter is hereby adjourned until further notice of this Court.

_____
HONORABLE JOSEPH E. IRENAS
Senior United States District Judge